HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL WILLIAM DUNN,<br><br>        Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | CASE NO. C19-5137RBL-TLF<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. #14], and Plaintiff Dunn's objections to it [Dkt. #15].

(1) The Report and Recommendation is ADOPTED;

(2) the ALJ ERRED in her decision, as described in the Report and Recommendation;

(3) the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings; and

(4) the Clerk shall send copies of this Order to the parties and to Magistrate Judge Fricke.

IT IS SO ORDERED.

Dated this 9th day of March, 2020.

                                            Ronald B. Leighton
                                            United States District Judge

ORDER - 1