U.S. District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MICHAEL WILLIAM DUNN,<br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | 3:19-cv-05137-RSM<br><br><br><br>ORDER FOR ATTORNEY FEES |

The court finds and orders an attorney fee of $21,057.50 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to Schneider, Kerr & Robichaux, PO Box 14490, Portland, OR 97293. The attorney fees of $8,312.01, allowed pursuant to the Equal Access to Justice Act, will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this __20th__ day of _____April_____, 2021.

_[signature]_
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Recommended for Entry
This ___ day of _____, 2021.

_____
United States Magistrate Judge

Presented by:

s/ Kevin Kerr
KEVIN KERR, WSB #47715
Kerr Robichaux & Carroll
PO Box 14490
Portland, OR 97293
(503) 255-9092
kevinkerr@schneiderlaw.com